IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DYLAN VANN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00019-O-BP |
| | § | |
| CITY OF WICHITA FALLS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that pursuant to Fed. R. Civ. P 4(m), Plaintiff's claims against Defendants Danny Castillo, Charles Joel Mauck, Glenn L. Keith, Clint Merritt Halloway, Richard Lynn Cullar, Michael Thomas Rael, Kyle Wayne Cook, Brian S. Rhoden, Marc Anthony Montana, and John Doe Officers 1-10 in their individual capacities are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **9th day of December, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE