**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **DYLAN VANN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.  **7:21-cv-00019-O** |
| | § | |
| **CITY OF WICHITA FALLS,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    Pursuant to Fed. R. Civ. P. 4(m), Plaintiff's claims against Defendants Danny Castillo, Charles Joel Mauck, Glenn L. Keith, Clint Merritt Halloway, Richard Lynn Cullar, Michael Thomas Rael, Kyle Wayne Cook, Brian S. Rhoden, Marc Anthony Montana, and John Doe Officers 1-10 in their individual capacities, are **DISMISSED WITHOUT PREJUDICE**.

2.    The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring such costs same.

3.    The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **9th day of December, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**