IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **DYLAN VANN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:21-cv-00019-O-BP |
| § | |
| **CITY OF WICHITA FALLS,** *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Pursuant to Fed. R. Civ. P. 56, summary judgment is hereby entered for Defendants Borrego and the City of Wichita Falls, and Plaintiff's claims against them are **DISMISSED** with prejudice.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **24th** day of **April, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**